UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNETTE WILSON,

    Plaintiff,                                 Civil Action No.
                                              14-CV-12218

vs.

                                            Honorable Patrick J. Duggan

COMCAST CABLE,

    Defendant.
_____/

**ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT**

This matter is presently before the Court on the Court's own review of the complaint, which was filed on June 5, 2014. The complaint is a form complaint. Under the "statement of claim" section prompting Plaintiff to "briefly state the facts of your case," Plaintiff writes, in full: "On April 13, 2013 the defendant Comcast Cable has violated the Americans with disabilities act of 1990. This lead to my stress, mental and physical conditions of my disable not my performance." Dkt. 1, Page ID 1-2. The Court is unable to glean from this statement what happened to give rise to Plaintiff's purported claim. Under Federal Rule of Civil Procedure 8(a)(2), all complaints must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." The complaint in this case does not satisfy this requirement because it does not contain a comprehensible narrative explaining what happened leading up to the filing of this lawsuit. By June 20, 2014, Plaintiff shall file an amended complaint that makes sense and satisfies the requirements of Rule 8(a). Failure to comply with this order will result in the dismissal of this case without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

    **SO ORDERED**.

Dated: June 10, 2014          s/PATRICK J. DUGGAN
                                           UNITED STATES DISTRICT JUDGE

Copies to:

Ronnette Wilson