The United States District Court
Of Michigan
The Eastern Division Of Michigan
Southern Division
231 Lafayette Blvd.
Detroit, Michigan 48226

**FILED**

SEP 23 2014

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

Ronnette Wilson
Plaintiff-Prose
634 Constitution St.
Canton, MI 48188

Hon: Patrick J Dugan
Civil 17-12218

**VS**

Comcast Cable Communication Management LLC.
Defendant
41112 Concept Dr.
Plymouth, MI 48170

### The Amendment Complaint Rule (4)-(H) F. R.C. P

Comes now the plaintiff(s) Ronnette Wilson prose and for the cause of action against the defendant Comcast Cable Communication Management LLC. And her undersign agent respectfully request move this honorable court to grant her motion of amendment complaint F.R.C.P (4)-(H) against the defendant with prejudice and bias the plaintiff will show unto this honorable court the following to wit:

## Showing In Good Faith And Causes

I    The Plaintiff Ronnette Wilson prose alleged that she is seeking a claim of relief sought as she demand as deem of $250.000 (dollars) plus 8% interest F.R.C.P rule (8)-(A)-(1). This honorable court has jurisdiction over this matter 28 U. S.C. (33) (A) (1) there is no new grounds to support this claim.

II    The plaintiff Ronnette Wilson prose stated that the defendant have no legal rights whatsoever in this civil litigation.

## The Separate Statement Under F.R.C.P Rule (10)-(B)

### Paragraph I Defense(s)

I    this case arise of an alleged against the defendant Comcast Cable Communication management LLC. Title VII and Title XVL America with disability act of 1990.

### Paragraph II Defense(s)

II    Plaintiff Ronnette Wilson filed her civil complaint on 6/5/14 in the United States District Court Eastern District Of Michigan Southern Division Detroit Michigan.

### Paragraph III Defense(s)

III    Did this honorable court error when the plaintiff Ronnette Wilson acknowledge a dismiss in her complaint. The plaintiff Ronnette Wilson wrote a letter to this honorable court to correct this mistake if this case be

dismiss it will show favor to the defendant and prejudice toward the plaintiff (see) exhibit (A) the letter for proof.

## Paragraph IV Defense(s)

The plaintiff Ronnette Wilson alleged that this defendant did this violation willing and intent under the title VII and XVI of the America Disability Act of 1990.

## Paragraph V Defense(s)

The plaintiff Ronnette Wilson alleged that this honorable court fall to acknowledge her letter if this honorable court fail to accept her motion on this motion it will show favor on the behalf of the defendant this honorable curt need to see exhibit (A) the she is asking this honorable court to grant her motion against the defendant on all counts of defense.

Wherefore the plaintiff prose Roomette Wilson pray that this honorable court will grant her motion of amendment compliant F.R.C.P rule (4)-(H) against the defendant with prejudice and bias.

## The Relief Sought Demand

## The Relief Requested

I   The plaintiff Ronnette
 Wilson damages in the amount of $125.000 (dollars) punitive and $125.000 (dollars) compensation plus 8% interest of court costs, which demand to the defendant the total sum of $250.000 (dollars).

II   Trail by bench on all issues triable by bench.

III   Plaintiff Ronnette Wilson costs of this civil action

Case 2:14-cv-12218-PJD-DRG   ECF No. 21   filed 09/23/14   PageID.76   Page 4 of 8

## Certificate Of Service

I  Ronnette Wilson  plaintiff prose do hereby

Certified that I have this day September 20 2014 mailed via United States mail postage paid and true and correct copy of the above and foregoing motion amendment complaint against the defendant pleading to the defendant record as here in above set forth..

This 20th Day Of September 2014

Subscribed and sworn to before me this 20th day of September 2014.

Respectfully Submitted

Ronnette L. Wilson
Ronnette Wilson
Plaintiff Prose
634 Constitution St.
Canton, MI 48188

Notary Public

HOLLY L. HUNTER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Feb 9, 2019
ACTING IN COUNTY OF

Commission expired

## Affidavit Of Service

I Ronnette Wilson does hereby first duly sworn deposes and says that on this day of September 20 2014. She served a true copy of her motion to amendment complaint on the defendant Comcast Cable Communication Management LLC of placing same in envelope and letter securely sealing same and affixing sufficient first class postage there to deposit same in the United States mail for transmission to the address there to.

Subscribed and sworn to before me this September 20 day of 2014.

Respectfully Submitted

Ronnette Wilson

Ronnette Wilson
Plaintiff-Prose
634 Constitution St.
Canton, MI 48188

Subscribed and sworn before me, this 20 day of September, 2014 a Notary Public in and for Wayne County, Michigan

(Signature)
NOTARY PUBLIC
My Commission expires February 9, 2019.

HOLLY L. HUNTER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Feb 9, 2019
ACTING IN COUNTY OF

United States District Court
Eastern District Of Michigan
Southern Division

July 23, 2014

Hon: Patrick J. Duggan
Civil 14-12218

Ronnette Wilson Vs. Comcast Cable

I have the correct address to Comcast Attorney **KIENBAUM OPPERWALL HARDY & PELTON, P.L.C.** Eric J. Pelton (P40635) 280 N. Old Woodword Ave Suite 400 Birmingham, MI 48009. Telephone 248-645-0000.

**Respectfully**
**Ronnette Wilson**

Ronette Wilson
634 C.D. Bettition Dr.
Enter, Mi 48188

The United States District Court
Of Michigan
The Eastern Division of Michigan
Southern Division
231 Lafayette Blvd.
Detroit, Michigan

METROPLEX MI 480
22 SEP 2014 PM 4 L

4812253700