UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONETTE WILSON,

    Plaintiff,

v.

COMCAST CABLE,

    Defendant.

Case No. 14-12218

Hon. Patrick J. Duggan

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AS MOOT

Plaintiff Ronnette Wilson, who is proceeding pro se, instituted the present civil action against Defendant Comcast Cable by filing a complaint on June 5, 2014.  Upon reviewing this complaint to ensure that the Court possessed jurisdiction, the Court ordered Plaintiff to file an amended pleading by June 20, 2014, as the threadbare complaint, which sought to state a claim under the Americans with Disabilities Act of 1990 ("ADA"), contained virtually no factual enhancement.  Plaintiff complied with this Order and, on June 20, 2014, filed an amended pleading.  Upon Defendant's motion, the Court dismissed this amended pleading on September 9, 2014 for failure to comply with the Federal Rules of Civil Procedure.  In its September 9, 2014 Order, the Court also denied Plaintiff's Motion to Dismiss Defendant's pleadings.  On September 10, 2014, the Court

received another Motion to Strike Defendant's Pleadings, purportedly filed pursuant to Rule 12(f).  However, because the amended complaint had been dismissed and because Defendant's motion had been granted, there were simply no pleadings on September 10 to strike or otherwise adjudicate.  Given that the Court received the filing one day after issuing its September 9, 2014 Order, the Court assumes that Plaintiff was merely trying to be diligent in what appears to be a resubmission of her first motion to strike.  Defendant has not filed any pleadings that are capable of being stricken, and Plaintiff's motion is therefore moot.  Given this resolution, the Court dispenses with oral argument pursuant to Eastern District of Michigan Local Rule 7.1(f)(2).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Strike (ECF No. 20) is **DISMISSED AS MOOT**.

Dated: October 14, 2014

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

**Ronnette Wilson**
634 Constitution Street
Canton, MI 48188

**Eric J. Pelton, Esq.**