**The United States District Court
Of Michigan
The Eastern Division Of Michigan
237 W. Lafayette Blvd.
Detroit, Michigan 48226
Southern Division**

Ronnette Wilson
Plaintiff- Prose
634 Constitution St.
Canton, Michigan 48188

Hon: Patrick J Duggan
Civil 214- CV-12218

**VS**

Comcast Cable Communications Management LLC.
Defendant
41112 Concept Dr.
Plymouth, Michigan 48170



Notice to Appeal

Motion to Appeal

Michigan FRCP rule (4)-(A)-(1)
Motion to leave to appeal

Comes now the plaintiff Ronnette Wilson prose and for the cause of this action against the defendant Comcast Cable Communications Management LLC and her undersign agent respectfully request to move this honorable court to grant her notice of appeal and motion to appeal under the F R C P (4)- (A)-(1) against the defendant with prejudice and bias the plaintiff will show unto this honorable court the following to wit.

Showing in Good Faith And Causes

I. This motion is brought pursuant to the Michigan Federal Rules Of Civil procedures (4)-(A)-(1)

II. This motion is brought pursuant to the Michigan Federal Rules of Civil Procedures is involved under the 28 U. S. C. S (33)-(A)-(1)

III. This honorable court error when the plaintiff had acknowledge that she had the wrong address and wrote a letter see exhibit (A) to the judge this was prejudice and bias to the plaintiff by dismissing the claim.

IV. This honorable court accept the plaintiff Ronnette Wilson under the FRCP 28 U S C 1915 (A) in proceeding in Forma Pauperism

V. The plaintiff Ronnette Wilson prose alleged that she is seeking a claim of relief south as she demand as of the deem

VI. The plaintiff Ronnette Wilson prose stated that the defendant have no legal rights whatsoever in this litigation

VII. The plaintiff Ronnette Wilson alleged that this defendant did this violation willing and intent under the title VII and XVI of the America with Disability act of 1990

VIII. The plaintiff Ronnette Wilson prose stated that the defendant have violated the Social Security Act of title II, VII, and XVI

Wherefore, the plaintiff Ronnette Wilson prays that this honorable court will grant her Notice of Appeal motion to Appeal FRCP (4)-(A)-(1) against the defendant with prejudice and bias

The Relief Sought Demand

The Relief requested

I. The plaintiff Ronnette Wilson damages in the amount of $125.000, punitive damages and $125.000 compensation plus 8% interest of court cost which demand the defendant the total sum of $250.000

II.  Trail by bench on all issues tribal by bench

III. Plaintiff Ronnette Wilson cost of this civil action

I Ronnette Wilson plaintiff prose do hereby certified that I have this day mailed via United States mail postage paid a true and correct copy of the above and foregoing notice to appeal and motion to appeal against the defendant pleading to the defendant record as here in above set forth

This \_\_\_20\_\_\_ day of \_\_December\_\_ 2014

Subscribed and sworn to before me this \_\_\_20\_\_\_ day of \_\_December\_\_ 2014

Respectfully Submitted /s/ Ronnette L. Wilson

Ronnette Wilson
Plaintiff-Prose
634 Constitution St
Canton, MI 48188

/s/ Kathleen M Zarzycki Main
Notary Public

10/25/20
Commission Expire

KATHLEEN M. ZARZYCKI-MAIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Oct 25, 2020
ACTING IN COUNTY OF Wayne

